## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No. 23-cr-169 (ACR)** |
| **v.** | **:** | |
| | **:** | |
| **ROGER PREACHER,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## UNOPPOSED MOTION TO UNSEAL CASE

The United States, by and through undersigned counsel, respectfully moves to unseal this case. The reasons that necessitated sealing in this matter are no longer present, and the matter can be unsealed. Defense counsel for the defendant has been informed that the government is moving to unseal this case and does not oppose unsealing.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Katherine E. Boyles
Katherine Boyles
Assistant United States Attorney
D. Conn. Fed. Bar No. PHV20325
Katherine.Boyles@usdoj.gov
Phone: 203-931-5088
United States Attorney's Office
601 D Street NW
Washington, D.C. 20001